# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LEWIS,<br><br>          Petitioner,<br><br>  v.<br><br>DEBRA ASUNCION, Warden,<br><br>          Respondent. | Case No. CV 16-08018 SVW (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: December 6, 2017

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE